Merrimack,
Dec. 1, 1914.

MARY A. ASH *v.* BOSTON & MAINE RAILROAD.

CASE, for negligence. Transferred from the October term, 1913, of the superior court. The exception to the order of nonsuit by *Chamberlin*, J., was overruled upon the ground that no evidence of negligence in the defendants was presented.

*Robert W. Upton*, for the plaintiff.

*Streeter, Demond, Woodworth & Sulloway*, for the defendants.